**Motion Granted and Abatement Order filed August 2, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00259-CV**
_____

**CHRISTOPHER MIRKA, Appellant**

**V.**

**BAYOU ANIMAL SERVICES, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 21CV0224**

---

## ABATEMENT ORDER

On July 26, 2022, the parties filed an agreed motion to stay this appeal for sixty days in the interests of allowing the parties time to effectuate a settlement agreement. The motion is granted, and we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 3, 2022. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise, and Jewell.